IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Sami Debizet | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. _____ |
| 81.com an Internet domain name, | ) | |
| | ) | |
| and John Doe, | ) | |
|     Defendants. | ) | |

## DECLARATION OF SAMI DEBIZET

I, Sami Debizet declare as follows:

1. I am over 18, with a primary address of Springs 6 street 7 villa 4, Dubai Media City, Dubai.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could testify competently thereto.

3. I obtained the domain name 81.com from GoDaddy on May 7, 2013 for $360,000. (See attachment 1)

4. I bought 81.com for the purpose of putting up a news site.

5. The domain name is worth at least $360,000 US.

6. I did not voluntarily sell or transfer the Domain Name 81.com to anyone.

7. I did not voluntarily provide access to my registrar account to anyone.

8. Upon acquisition of 81.com I began to create a news page to be published at 81.com.

9. Before I was able to compete creation of the news page, 81.com was stolen.

10. Upon discovery of the theft of 81.com, I began attempting to recover 81.com by contacting the registrar, GoDaddy.

11. I attempted to work with GoDaddy to recover my stolen domain name.

12. After attempting to recover my stolen domain name through GoDaddy for an extended period of time, it became clear to me that GoDaddy would not correct the theft.

13. Only after exhausting the options with GoDaddy did I proceed to seek legal assistance to recover my stolen domain name.

I declare under penalty of perjury under the laws of the Country of Dubai that the foregoing is true and correct.

Executed on 9/16/2019        By    _____
                                    Sami Debizet



sami d <debizetplimus@gmail.com>

# GoDaddy.com Order Confirmation
1 message

**sales@godaddy.com** <sales@godaddy.com>  7 May 2013 at 10:02
Reply-To: sales@godaddy.com
To: debizetplimus@gmail.com

View Text Version
Debizet Sami, thank you for your order. Now SAVE 25%*.



Billing Questions: (480) 505-8855
24/7 Sales & Support: (480) 505-8877



**Thank you for your order!**
ORDER CONFIRMATION FROM GODADDY.COM

Dear Debizet Sami,

This email contains important information regarding your recent GoDaddy.com purchase – please save it for reference. How did we do? Take our survey.

**Customer Number:** 45753630
**Username:** 45753630
**Receipt Number:** 541381379

**Save 25%*** off your next purchase of $75 or more   [Save Now]

USE PROMO CODE: GDBBA2228

| Item Purchased | Quantity | Term | Price | |
|---|---|---|---|---|
| .COM Domain Name Transfer - 1 Year (recurring)<br>81.COM | 1 domain(s) | 1 year(s) | $8.17 | Activate |
| Go Daddy Auctions Membership w/ DomainAlert(R) - Renewal | 1 plan(s) | 1 year(s) | $4.99 | Activate |
| Go Daddy Auctions Membership - Renewal | 1 plan(s) | 0 | $0.00 | Activate |
| DomainAlert(R) Pro Monitoring - 100 Pack - Renewal | 1 pack(s) | 0 | $0.00 | Activate |
| Private Transfer Services<br>81.COM | 1 | 1.926 year(s) | $15.39 | Activate |
| | | Subtotal: | $28.55 | |
| | | Shipping & Handling: | $0.00 | |
| | | Tax: | $0.00 | |

Access all of your products:   [My Account]   **Order Total:**   $28.55

**New & Noteworthy**

Outright.com – FREE online bookkeeping for small businesses.

.CO – get the recognizable domain. $29.99 $12.99/yr. Get one now!

Refer a friend and earn Go Daddy store credit! Learn more.

**Go Daddy Deals**

Web Hosting – Just $5.99 $2.99/mo. Secure cloud hosting that's lightning fast.

Website Builder – Just $5.99 $1.00/mo. Create your own professional-looking website.

SSL – Just $69.99 $49.99/yr. Secure your data and transactions.

Make your website mobile with .MOBI. Just $17.99 $9.99**. Registration includes a FREE Instant Mobilizer that converts your existing website to a mobile-ready site.

Email - Just $17.88/yr. Get a personalized email address using your own domain name.

**Important Information concerning your purchase:**

| | | |
|---|---|---|
| Universal Terms of Service | Legal Agreement | |
| Domain Registration | Product Info | Legal Agreement |
| Domain Transfer | Product Info | Legal Agreement |
| Auctions Membership Agreement | Legal Agreement | |
| DomainAlert® | Product Info | Legal Agreement |
| Private Registration | Product Info | Legal Agreement |



.COM - $14.99 $12.99** .CO - $29.99 $12.99 .NET - $14.99 $9.99** .ORG - $16.99 $6.99** .ME - $19.99 $9.99** .BIZ - $14.99 $5.99**



*Not applicable to ICANN fees, taxes, transfers, premium domains, Search Engine Visibility advertising budget, or gift cards. Cannot be used in conjunction with any other offer, sale, discount or promotion. After the initial purchase term, discounted products will renew at the then-current renewal list price. Offer does not apply to renewals.

**Plus ICANN fee of $0.18 per domain name per year.

Prices are current as of 5/7/2013, and may be changed without notice.

Third-party marks and logos are registered trademarks of their respective owners. All rights reserved.

Copyright © 1999-2013 GoDaddy.com, LLC. All rights reserved.