IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Sami Debizet )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>81.com an Internet domain name, )<br>and )<br>John Doe, )<br>)<br>    Defendants. ) | Civil Action No. 1:19cv1194-LMB/TCB |

<u>Notice of Voluntary Dismissal</u>

Please Take Notice that, pursuant to Federal Rule of Civil Procedure 41(a), th Plaintiff does hereby voluntarily dismiss this action.

Date: November 8, 2019

                                                                                 Respectfully Submitted,
                                                                                 Sami Debizet
                                                                                 By Counsel

    /s
_____
Jonathan Westreich, Esq.
VSB No. 37393
Greenberg & Lieberman, LLC (of counsel)
604 Cameron Street
Alexandria, Virginia 22314
703-299-9050 / fax: 703-548-1831
jonathan@westreichlaw.com

Stevan Lieberman, Esq.
Greenberg & Lieberman, LLC
1775 Eye Street, Suite 1150
Washington, D.C. 20006
(202) 625-7000, Fax: 202-625-7001
Stevan@aplegal.com

Certificate of Service

      I hereby certify that on the 8th day of November, 2019 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania, Avenue, N.W.
Washington, D.C. 20004
kevin.fee@morganlewis.com

/s
_____